**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lester A. Johnston, Jr., ) | No. CV-10-2578-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| United States of America, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

We have before us plaintiff's motion for extension of time to amend his complaint (doc. 17). Plaintiff requests additional time because of medical problems and his lack of knowledge about the court system.

**IT IS ORDERED GRANTING** plaintiff's motion for extension of time to amend his complaint (doc. 17). **IT IS HEREBY ORDERED** that plaintiff shall have until May 23, 2011 to file an amended complaint, pursuant to our Order of April 21, 2011 (doc. 16). If no amended complaint is filed by May 23, 2011, the clerk shall dismiss this action with prejudice.

We urge plaintiff to seek the advice of a lawyer. If he does not have one, he may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602 257-4434.

DATED this 3rd day of May, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge